# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RANDY MCCAA,**

    Plaintiff,

  v.                                                 Case No. 20-CV-30

**CAPTAIN BAUMANN,**

    Defendant.

## SCREENING ORDER

Plaintiff Randy McCaa filed a *pro se* complaint under 42 U.S.C. § 1983 alleging that several defendants violated his constitutional rights at the Green Bay Correctional Institution. (ECF No. 1.) On February 28, 2020, the court screened the complaint and instructed McCaa to file an amended complaint focusing on one of two claims: (1) an Eighth Amendment deliberate indifference claim against Baumann regarding the cutting incident from September 12, 2015; or (2) an Eighth Amendment deliberate indifference claim against Elsinger and RN Garland regarding the incidents from November 14-15, 2015. (ECF No. 9 at 5.) McCaa filed an amended complaint against Baumann consistent with the court's instructions. (ECF No 10.) Accordingly, the court will allow McCaa to proceed with an Eighth Amendment deliberate indifference claim against Baumann regarding the cutting incident from September 12, 2015.

**THEREFORE, IT IS ORDERED** that McCaa may proceed with an Eighth Amendment deliberate indifference claim against Baumann regarding the cutting incident from September 12, 2015.

Under an informal service agreement between the Wisconsin Department of Justice and this court, a copy of the complaint and this order have been electronically transmitted to the Wisconsin Department of Justice for service on defendant Baumann. It is **ORDERED** that, under the informal service agreement, Baumann shall file a responsive pleading to the complaint within 60 days.

**IT IS ORDERED** that the parties may not begin discovery until after the court enters a scheduling order setting deadlines for discovery and dispositive motions.

Dated at Milwaukee, Wisconsin, this 16th day of March, 2020.

BY THE COURT:

s/*Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge